# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### EASTERN DIVISION

| | |
|---|---|
| RANSEY O'DANIEL, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>UNITED HOSPICE, )<br>    Defendant. )<br>) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:09-CV-72-D** |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Court GRANTS defendant's motion for summary judgment [D.E. 16]. The Clerk of Court shall close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **SEPTEMBER 29, 2010** WITH A COPY TO:

Ransey O'Daniel (via USPS to 5100 Old Birmingham Hwy.-Apt 1906, Tuscaloosa, AL 35404)
Benton Louis Toups (via CM/ECF Notice of Electronic Filing)


September 29, 2010                                    DENNIS P. IAVARONE, Clerk
Date                                                               Eastern District of North Carolina

                                                                           /s/ Debby Sawyer
                                                                           (By) Deputy Clerk

Raleigh, North Carolina